**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001011
18-DEC-2014
09:54 AM**

NO. CAAP-14-0001011

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

E*TRADE BANK, Plaintiff-Appellee,
v.
PETER GREWER and RICHARD C. JACKSON,
Defendants-Appellants,
and
JOHN DOES 1-20; JANE DOES 1-20;
DOE CORPORATIONS 1-20; DOE ENTITIES 1-20;
and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 12-1-0049)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On July 24, 2014, Defendant-Appellant Peter Grewer (**Appellant**), through counsel Joe P. Moss (**Moss**), filed a notice of appeal;

(2) On September 23, 2014, Moss filed a motion to withdraw as counsel for Appellant, showing he served notice of the motion on Appellant.

(3) On September 23, 2014, the record on appeal was filed, making the statement of jurisdiction due on October 3, 2014, and the opening brief due on November 3, 2014;

(4) On September 23, 2014, Appellant filed the statement of jurisdiction.

(5) On October 2, 2014, the court issued an order granting Moss's motion to withdraw as counsel. The appellate clerk conventionally served a copy of the order on Appellant.

(6) Appellant failed to file the opening brief, and on November 19, 2014, the appellate clerk informed Appellant that the time for filing the opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on December 1, 2014, for such action as the court deemed proper, which could include dismissal;

(7) Thereafter, Appellant did not file the opening brief or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, **December 18, 2014.**

Chief Judge

Associate Judge

Associate Judge

-2-